FILED IN OPEN COURT

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

3·26·2026

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO.  3:26-cr-40-JEP-MCR
8 U.S.C. §1326(a)

JORGE JAVIER GARCIA-HERNANDEZ

## INDICTMENT
### (Illegal Re-Entry by Deported Alien)

The Grand Jury charges:

## COUNT ONE

On or about February 25, 2026, in the Middle District of Florida, and

elsewhere, the defendant,

JORGE JAVIER GARCIA-HERNANDEZ,

a citizen of Guatemala and an alien in the United States, was found unlawfully

present in the United States without having obtained the consent of the Attorney

General or the Secretary of Homeland Security for the United States to apply for

admission to or re-enter the United States after having been deported and removed

from the United States on or about March 13, 2005.

In violation of 8 U.S.C. § 1326(a).

A TRUE BILL,

_____
Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
ELISIBETH ADAMS
Assistant United States Attorney

By: _____
MICHAEL COOLICAN
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
3/19/26 Revised

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

## JORGE JAVIER GARCIA-HERNANDEZ

### INDICTMENT

Violations: 8 U.S.C. §1326(a)

A true bill,

_____
Foreperson

Filed in open court this _____ day of March 2026.

_____
Clerk

Bail   $_____

GPO 863 525